UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 22-373 |
| | : | |
| DOMANEKE MOORE | : | |

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Edeli Rivera, Assistant United States Attorney) and defendant Domaneke Moore (by Kevin Carlucci, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and this being the eighth request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has consented to the above-referenced continuance;

(2) The granting of a continuance will likely conserve judicial resources; and

(3) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the

best interest of the public and the defendant in a speedy trial.

      IT IS, therefore, on this 20th day of October, 2023 ORDERED that:

    (1)    This action is continued under the Speedy Trial Act from the date this Order is signed through and including December 3, 2023; and

    (2)    The period from the date this Order is signed through and including December 3, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE MADELINE COX ARLEO
United States District Judge

Consented and Agreed to by:


*s/ Edeli Rivera*
Edeli Rivera
Assistant U.S. Attorney


Kevin Carlucci, Esq.
Counsel for Defendant